UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

UNITED STATES OF AMERICA

vs                                                CASE NUMBER DR:24-mj-01487

BERI FALLAHGOL

**DEFENDANT'S MOTION FOR CONTINUANCE**

TO THE HONORABLE JUDGE OF SAID COURT:

The Defendant in the above styled and numbered cause, respectfully moves the Court for an order continuing the detention hearing currently set for June 3rd, 2024, at 9:00 am. In support of this motion, the Defendant would show the Court as follows:

**I**.

The Defendant is set for a detention hearing on June 3rd, 2024. The undersigned counsel requests additional time to confer with the defendant.

A 8 day continuance is requested for the defendant's detention hearing.

This Motion for Continuance is not made for purposes of delay, but that justice may be done.

**II**.

Defendant through the undersigned counsel prays that the Court grant this motion for continuance.

Respectfully submitted,

Juan Carlos Duron.
216 Myrtle
Uvalde, Texas  78801
Tel:     (830)3333749

By:___/s/*Juan Carlos Duron*_____
Juan Carlos Duron
State Bar No. 24116310
Email:  lic_jcduron@hotmail.com

## CERTIFICATE OF SERVICE

I certify that a true and exact copy of the Defendant's Motion for Continuance was filed on may 30th,  2024 with the clerk of the Court using the CM/ECF filing system which will send electronic notification to the Assistant United States Attorney assigned to the case.

_____/s/*Juan Carlos Duron*_

Juan Carlos Duron

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

UNITED STATES OF AMERICA

vs                          CASE NUMBER DR:24-mj-01487

BERI FALLAHGOL

**ORDER ON DEFENDANT'S MOTION FOR CONTINUANCE**

Defendant's Motion for Continuance is hereby:

_____ GRANTED

_____ DENIED

Signed in Del Rio, Texas on this the _____ day of _____, 2024.

_____
United States District Magistrate Judge