UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| vs. | § | Case Number: DR:24-M -01487(1) |
| | § | |
| (1) Beri Fallahgol | § | |

## ORDER RESETTING DETENTION HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for 9:00 AM, in Courtroom 2, on the Second Floor of the United States Courthouse, 111 E. Broadway, Del Rio, TX, on June 12, 2024.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to the defendant, counsel for defendant, the United States Attorney, U.S. Pretrial Services, United States Probation Office, and any surety or custodian, if applicable. Further, counsel for the defendant shall notify the defendant of this setting. If the defendant is on bond, he/she shall be present.

IT IS SO ORDERED this 30th day of May, 2024

_____
JOSEPH A CORDOVA
UNITED STATES MAGISTRATE JUDGE