# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# DEL RIO DIVISION

UNITED STATES OF AMERICA

vs.  Case No. 2:24-mj-01487

BERI FALLAHGOL,

### Waiver of Preliminary Hearing and/ or Detention Hearing

**Preliminary Hearing**

I, Beri Fallahgol, charged in a complaint pending in this District, and having appeared before this court and been advised of my rights as required by Rule 5 or 32.1, Fed. R. Crim. P., including my right to have a preliminary hearing, do hereby waive my right to a preliminary hearing.

Yo, Beri Fallahgol, el inculpado en una acusación pendiente en este Distrito, he comparecido ante este Tribunal y me han informado de mi derecho a una audiencia preliminar, cumpliéndose con el reglamento 5 o 32.1 de los Reglamentos de Procedimiento Penal Federal, por este medio renuncio a mi derecho a una audiencia preliminar.

_____
Defendant

**Detention Hearing**

I have also been advised of my right to a detention hearing. I have been advised that, at a detention hearing, the court will hear evidence to determine whether I should be held in jail without bond or whether a bond should be set for me. I have been advised that, if I waive my right to a detention hearing, I will be held in jail without bond while I wait for my trial. I hereby waive my right to a detention hearing.

También me han informado de mi derecho a una audiencia para fijar fianza. Me han informado que en la audiencia para fijar fianza, el juez recibirá pruebas para poder determinar si seguiré detenido sin fianza, o si me fijaran fianza. Me han informado que si renuncio mi derecho a una audiencia para fijar fianza, seguiré detenido sin fianza hasta que se me someta a juicio. Renuncio mi derecho a una audiencia para fijar fianza.

_____
Defendant

Date: 6/6/24

_____
Counsel for Defendant