# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| United States of America | § § | |
| vs. | § § | Case Number: DR:24-M -01487(1) |
| (1) Beri Fallahgol<br>*Defendant* | § | |

## ORDER

On motion of the United States Government requesting detention of the Defendant, (1) Beri Fallahgol, a hearing was set for June 12, 2024.

Carlos Duron was appointed to represent the defendant. On June 8, 2024, the attorney for the defendant filed a Waiver of Detention Hearing signed by the attorney, and the defendant waiving the hearing and the right to contest the Government's motion,

THEREFORE, pursuant to this waiver, it is ordered that the defendant be detained without bond until the completion of this case.

SIGNED this 10th day of June, 2024.

JOSEPH A CORDOVA
UNITED STATES MAGISTRATE JUDGE