## SENTENCING
## DEL RIO DIVISION

CASE No.: DR:24-M-01487(1)-EG

DEFENDANT:

#1 Beri Fallahgol    #1 [CJA] Carlos Juan Duron

| | |
|---|---|
| JUDGE: **ERNEST GONZALEZ** | AUSA: Izaak Bruce |
| DEPUTY CLERK: Jessica Patino | INTERPRETER: Nawzad Muradi (Y) N |
| COURT REPORTER: Ziyacdah Atkinson | PROB. OFFICER: |
| DATE: Monday, August 12, 2024 | TIME: 9:44am  7 mins |

**PROCEEDINGS**

PLED GUILTY DATE: 8/12/24

[X] SEN. HELD: COUNTS: 1

[ ] SEN. (H) RESET TO:

[ ] DFT FAILS TO APPEAR

[ ] BOND REVOKED & WARRANT ORDERED

[ ] COURT ACCEPTS PLEA AGREEMENT

[ ] OBJECTIONS TO PRE-SENTENCE REPORT HEARD

[X] PRE-SENTENCE REPORT SEALED

[ ] GOVT'S ORAL MOTION FOR 3E1.1(b) ORALLY GRANTED

[ ] DISMISSED COUNTS UPON GOVT MOTION: COUNTS:

[X] COURT ADVISED DFT OF RIGHT TO APPEAL

[ ] DFT GIVES ORAL NTC OF APPEAL

[X] DFT CONTINUED IN CUSTODY

[ ] DFT REMANDED TO CUSTODY

[ ] DFT CONTINUED ON PRESENT BOND PENDING DESIGNATION OF INSTITUTION

[ ] DFT SHALL NOT BE REQUIRED TO REPORT PRIOR TO:

[ ] COURT RECOMMENDS BOP PLACEMENT:

[ ] DENIAL OF FEDERAL BENEFITS FOR _____ YEARS

[ ] PARTICIPATE IN INMATE FINANCIAL RESPONSIBILITY PROGRAM

OTHER:

## COUNTS

COUNT: __1__   **CTS: Yes**

IMP. _Time Served_ MOS. ( _____ ) DAY (CR/CS)   S/R _no TSR_ YRS. (CR/CS)

- ( ) SUBSTANCE ABUSE TREATMENT
- ( ) NOT USE OR POSSESS CONTROLLED SUBST.
- ( ) SUBMIT TO SUBST. ABUSE TESTING
- ( ) SHALL ABSTAIN FROM USE OF ALCOHOL/INTOX.
- ( ) SHALL NOT PURCHASE.....PSYCHOACTIVE SUBST.
- ( ) PARTICIPATE IN MENTAL HEALTH TREATMENT
- ( ) SHALL TAKE MENTAL HEALT MEDS. PRESCRIBED
- ( ) SHALL PROVIDE ACCESS TO FINANCE INFO
- ( ) SHALL NOT INCUR NEW CREDIT CHARGES
- ( ) J/C IMPOSES FIN. PNLTY SHALL PAY FIN. PNLTY
- ( ) EMPLOYMENT W/OUT PRIOR APPROVAL
- ( ) SHALL NOT COMM. W/ KNOWN GANG MBR.

- ( ) PLACE RESTRICTIONS
- ( ) COMPLY W/ CHILD SUPPORT COURT ORDER
- ( ) GAMBLING CONDITIONS
- ( ) COMMUNITY SVC: _____ HRS W/IN _____ MOS/DAYS
- ( ) PARTICIPATE IN A COGNITIVE-BEHAVIORAL TREATMENT
- ( ) OBTAIN GED INCAR. OR W/IN FIRST _____ MOS. OF SR
- ( ) SHALL PARTICIPATE IN EDUCATIONAL SERVICES PROG.
- ( ) SHALL PARTICIPATE IN VOCATIONAL SERVICES PROG.
- ( ) RESIDENT REENTRY CTR _____ DAYS/MONTHS _____
- ( ) SEX OFFENDER CONDITIONS SEE PSR

PROB _____ MOS/YRS   FINE $ __0__   S/A $ _Remit_   REST. $ _____

COUNT: _____
IMP. _____ MOS. ( _____ ) DAY (CR/CS)   S/R _____ YRS. (CR/CS)
PROB _____ MOS/YRS   FINE $ _____   S/A $ _____   REST. $ _____

COUNT: _____
IMP. _____ MOS. ( _____ ) DAY (CR/CS)   S/R _____ YRS. (CR/CS)
PROB _____ MOS/YRS   FINE $ _____   S/A $ _____   REST. $ _____

COUNT: _____
IMP. _____ MOS. ( _____ ) DAY (CR/CS)   S/R _____ YRS. (CR/CS)
PROB _____ MOS/YRS   FINE $ _____   S/A $ _____   REST. $ _____

COUNT: _____
IMP. _____ MOS. ( _____ ) DAY (CR/CS)   S/R _____ YRS. (CR/CS)
PROB _____ MOS/YRS   FINE $ _____   S/A $ _____   REST. $ _____

OTHER: _____

[ x ] Fine is waived or is below the guideline range because of the defendant's inability to pay.

[ x ] Special assessment ordered remitted upon Government's oral motion.

[ ] Payment Plan: $ _____ per month. Due no earlier than 60 days after release from imprisonment or:

[ ] Payment Plan: $ _____ per month. Due by the 3rd day each month beginning ___/___/___

[ ] Court Recommends: _____